**LAW OFFICES OF JAMES P. CLARK, P.C.**
256 MAIN STREET, SUITE 202
NORTHPORT, NEW YORK 11768
PHONE: 631.261.1040
FAX: 631.956.9272

November 7, 2016

Richard I. Scheyer, Esq.
Fredrick P. Stern, PC
2163 Sunrise Highway
Islip, New York 11751

Re: *Mamakos v. Town of Huntington, et al.*
     *Index No. 16-CV-05775*

Dear Mr. Scheyer:

    We are counsel to the Town of Huntington, Huntington Town Board, Joseph Rose and Terrance McNally in the above-referenced action.

    Enclosed please find for service the following documents in connection with this action:

1. Notice of Motion to Dismiss;
2. Memorandum of Law in Support of Motion to Dismiss;
3. Affirmation of James P. Clark in support of Motion to Dismiss.

    Pursuant to Judge Feuerstein's Individual Rules, opposition papers, if any, are due to be served in electronic and hard copy within fourteen (14) days. We then have seven (7) days to serve our reply brief and submit the fully-briefed motion to the Court.

    Please let me know if you have any questions or if you will need additional time to submit your opposition papers.

                                                        Very truly yours,

                                                         James P. Clark

Encl.

cc:    Hon. Sandra J. Feuerstein (w/o Encl. via ECF)